UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC#:
**DATE FILED:** 05/25/2022

---

RIAASA MUNTAZ,

                    Plaintiff,

              v.

FAIRYGODBOSS INC, ROMY NEWMAN,
MAURA BRADLEY, and DANNA
HENDRICKSON,

                    Defendants.

21-CV-9386 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

      On December 29, 2021, Defendants moved to dismiss the complaint.  Plaintiff subsequently filed an amended complaint on April 29, 2022.  Per Rule 4(C) of the Court's Individual Rules and Practices in Civil Cases, "[i]f the plaintiff amends its pleading, the defendant must, within fourteen days of service of the amended complaint: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court and the plaintiff stating that it relies on the previously filed motion to dismiss."  To date, the Court has received no such submission.  Defendants shall comply with Rule 4(C) by no later than June 8, 2022.

SO ORDERED.

Dated:    May 25, 2022
          New York, New York

 

_____
Ronnie Abrams
United States District Judge