**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| RIAASA MUNTAZ, | **ORDER** |
| Plaintiff, | **21-CV-9386 (RA) (JW)** |
| -against- | |
| FAIRYGODBOSS INC. ET AL, | |
| Defendants. | |

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties shall appear for a pre-motion to compel conference regarding docket entries 29 and 30 on **August 4, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:   New York, New York
         July 25, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge