UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIAASA MUNTAZ,<br><br>                        Plaintiff,<br><br>        v.<br><br>FAIRYGODBOSS INC., ROMY NEWMAN,<br>MAURA BRADLEY, and DANNA<br>HENDRICKSON,<br><br>                      Defendants. | No. 21-CV-9386 (RA) (JW)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       In light of the revised Case Management Plan and Scheduling Order signed by Judge Willis, the post-discovery conference previously scheduled for August 19, 2022 is hereby adjourned to September 23, 2022 at 2:00 p.m. Unless the parties request otherwise, this conference will be held via telephone. The parties shall use the following dial-in information to call into the conference: (888) 363-4749; Access Code: 1015508.

       No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    August 2, 2022
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge