UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RIAASA MUNTAZ,

                                **ORDER**

          Plaintiff,              **21-CV-9386 (RA) (JW)**

     -against-

FAIRYGODBOSS INC. ET AL,

         Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties shall meet and confer regarding a narrower set of search terms for the eight members on the Demand Generation Team during Plaintiff's employment than Plaintiff proposed in her ESI protocol. The timeframe for a search for any white comparators shall be enlarged to the time when the white comparator would have been subject to performance and quota requirements. Defendants shall then produce a hit list regarding the new search terms. The parties shall meet and confer thereafter to determine what additional documents responsive to Plaintiff's requests will be produced. The parties shall file a joint status letter regarding their meet and confers and the production of additional documents by **August 29, 2022**.

      SO ORDERED.

DATED:    New York, New York
               August 4, 2022

                                                  *Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge