UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RIAASA MUNTAZ,

                     Plaintiff,

-against-

FAIRYGODBOSS INC. ET AL,

                     Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9386 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

As discussed during the parties' August 4, 2022 conference, the parties shall meet and confer regarding a narrower set of search terms than Plaintiff initially proposed. Plaintiff is entitled to discovery regarding herself and her comparators – the other members of her Demand Generation Team. Plaintiff is not entitled to discovery about Fairygodboss Inc.'s employees who are not Plaintiff's comparators (i.e. not on her Demand Generation Team in New York). Further, the time for the search for Plaintiff's white comparators shall begin when they became subject to performance and quota requirements.

      SO ORDERED.

DATED:    New York, New York
              August 11, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge