UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/02/2022

RIAASA MUNTAZ,

              Plaintiff,

    v.

FAIRYGODBOSS INC.,

              Defendant.

21-CV-9386 (RA)(JW)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the revised Case Management Plan signed by Judge Willis, the post-fact discovery conference previously scheduled before me for September 23, 2022 is hereby adjourned *sine die*. The parties shall submit a letter within one week of the close of discovery notifying the Court that discovery has ended.

SO ORDERED.

Dated:    September 2, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge