

November 22, 2022

*VIA ECF*
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE: *Muntaz v. Fairygodboss, Inc., et al.*
          Case No.: 21-cv-09386-RA-JW

Dear Judge Abrams,

    This Firm represents Plaintiff Riaasa Muntaz in the above-captioned race and disability discrimination and retaliation action and writes to request an extension of time of 31 days to make an application to restore this action, from November 25, 2022, to December 26, 2022.

    Following the October 12, 2022 settlement conference, the Parties reached an agreement in principle. On October 25, 2022, the Court discontinued this action without prejudice, and provided the Parties thirty (30) days to make an application to restore the matter to the docket. The Parties have yet to agree to the final terms of the settlement agreement, and Plaintiff is not able to determine if an application to restore this action to the Court docket is necessary. Accordingly, Plaintiff respectfully requests that the deadline to file an application to restore this action to the docket be extended by 31 days, from November 25, 2022, to December 26, 2022, to allow the parties sufficient time to resolve any remaining disputes and finalize the agreement. This is the first request for an extension of this deadline. Defense counsel does not consent to this request and takes the position that Plaintiff cannot have her action restored to the docket because of the term sheet reached at the settlement conference.

    We thank the Court for its attention to this letter.

                                                Respectfully Submitted,

                                               Travis Pierre-Louis

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com