

November 23, 2022

*VIA ECF*
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE: *Muntaz v. Fairygodboss, Inc., et al.*, Case No.: 21-cv-09386-RA-JW

Dear Judge Abrams,

  This Firm represents Plaintiff Riaasa Muntaz in the above-captioned matter and writes in reply to Defendants' opposition to Plaintiff's request for an extension to correct certain misrepresentations in the letter recently filed by Defendants Fairygodboss Inc. ("Fairygodboss"), Romy Newman, Maura Bradley, and Danna Hendrickson (Dkt. No. 57).

  Defendants claim Plaintiff accused their Chief Liquidation Officer of being "staged" and was reconsidering settlement on that basis. This is incorrect; Plaintiff never made any such accusation. Rather, immediately following the settlement conference, Plaintiff discovered that Defendant Fairygodboss was acquired by another company, and requested information about the acquisition because, despite thorough requests for information pertaining to Defendants' financial standing and future of the company, the acquisition was not raised during the settlement conference.

  Moreover, Defendants misrepresent the outstanding items in the settlement agreement. Defendants' proposed settlement agreement includes a provision for confidentiality, which was not part of the term sheet reached at the settlement conference. Plaintiff objected to its inclusion in the settlement agreement, and counsel for Defendants responded: "I am not spending any more time on this matter other than as needed. Please contact the Court." Notwithstanding this, and while Plaintiff believes there is good cause to have this matter restored to the docket, she remains willing to make a good-faith effort to work with Defendants to resolve this case and requests additional time to do so.

  We thank Your Honor for the Court's time and attention to this matter.

                Respectfully Submitted,

                Travis Pierre-Louis